1  M. KIRBY C. WILCOX (SB# 78576) kirbywilcox@paulhastings.com
   MOLLY A. HARCOS (SB# 233556) mollyharcos@paulhastings.com
2  ANDREA LINDEMANN (SB# 244937) andrealindemann@paulhastings.com
   PAUL, HASTINGS, JANOFSKY & WALKER LLP
3  55 Second Street, Twenty-Fourth Floor
   San Francisco, CA 94105-3441
4  Telephone: (415) 856-7000
   Facsimile: (415) 856-7100
5
   Attorneys for Defendants
6  UBS FINANCIAL SERVICES INC.

7  MARK YABLONOVICH (SB# 186670) myablonovich@initiativelegal.com
   MARK PRIMO (SB# 216796) mprimo@initiativelegal.com
8  JOSEPH CHO (SB# 198844) josephcho@initiativelegal.com
   GREGORY YU (SB# 230520) gyu@initiativelegal.com
9  INITIATIVE LEGAL GROUP LLP
   1800 Century Park East, Suite 200
10 Los Angeles, CA 90067
   Telephone: (310) 556-5637
11 Facsimile: (310) 861-9051

12 Attorneys for Plaintiff
   DAVID WAISBEIN

13

14                          UNITED STATES DISTRICT COURT

15                        NORTHERN DISTRICT OF CALIFORNIA

16                              SAN FRANCISCO DIVISION

17

| | |
|---|---|
| 18  DAVID WAISBEIN, individually and on behalf of other members of the public similarly situated, | CASE NO. CV-07-02328 MMC |
| 19 | **STIPULATION TO EXTEND TIME FOR CASE MANAGEMENT CONFERENCE, ADR CERTIFICATION, AND STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |
| 20             Plaintiffs, | |
| 21      vs. | |
| 22  UBS FINANCIAL SERVICES INC.; and DOES 1 through 20, inclusive, | |
| 23             Defendants. | |

24
25
26
27
28

CASE NO. CV-07-02328 MMC                                                    STIPULATION

1   The parties in *Waisbein v. UBS Financial Services Inc.*, CV-07-02328 MMC, by
2   and through their counsel of record, stipulate as follows:
3   WHEREAS, on July 11, 2007, the court issued the "Clerk's Notice Continuing
4   Motion Hearing: Hearing on Defendant's Motion to Dismiss, or to Strike Class or Representative
5   Allegations from First Amended Complaint is re-set for 8/17/2007," extending the date for the
6   hearing of the Motion to Dismiss, or to Strike Class Representative Allegations from First
7   Amended Complaint ("Motion to Dismiss") from July 20, 2007 to August 17, 2007;
8   WHEREAS, on July 13, 2007 and July 16, 2007, the parties satisfied their meet
9   and confer requirement pursuant to Federal Rule of Civil Procedure 26(f);
10  WHEREAS, the parties agree to extend the time for the Case Management
11  Conference from August 10, 2007 at 10:30 a.m. until August 17, 2007 at 10:30 a.m., or at a date
12  scheduled at the convenience of the Court, at a time following the Court's decision on the Motion
13  to Dismiss;
14  WHEREAS, the parties agree to extend the time for the ADR Certification by
15  Parties and Counsel and the Stipulation and [Proposed] Order Selecting ADR Process from July
16  18, 2007, until August 24, 2007, or at a date scheduled at the convenience of the Court, at a time
17  following the Court's decision on the Motion to Dismiss;
18  WHEREAS, the parties stipulate to the above-mentioned extensions of time and
19  new scheduling dates.

21  DATED: July 17, 2007

ANDREA M. LINDEMANN
PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: *[signature]*
ANDREA M. LINDEMANN

Attorneys for Defendant
UBS FINANCIAL SERVICES INC.

| | |
|---|---|
| 1 | DATED: July___, 2007 |
| 2 | |

```
                                            JOSEPH CHO
                                            INITIATIVE LEGAL GROUP LLP

                                            By: /s/ Joseph Cho
                                                 JOSEPH CHO

                                            Attorneys for Plaintiff
                                            DAVID WAISBEIN
```

For good cause shown, the time for the Case Management Conference is extended from August 10, 2007 at 10:30 a.m. to September 14, 2007, and the time to file the ADR Certification by Parties and Counsel and the Stipulation and [Proposed] Order Selecting ADR Process is extended from July 18, 2007, to August 24, 2007.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: July 17, 2007

_____
MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

LEGAL_US_E # 75820419.1