| | |
|---|---|
| 1 | M. KIRBY C. WILCOX (SB# 78576) kirbywilcox@paulhastings.com |
| 2 | MOLLY A. HARCOS (SB# 233556) mollyharcos@paulhastings.com<br>ANDREA LINDEMANN (SB# 244937) andrealindemann@paulhastings.com |
| 3 | PAUL, HASTINGS, JANOFSKY & WALKER LLP<br>55 Second Street, Twenty-Fourth Floor |
| 4 | San Francisco, CA 94105-3441<br>Telephone: (415) 856-7000 |
| 5 | Facsimile: (415) 856-7100 |
| 6 | Attorneys for Defendants<br>UBS FINANCIAL SERVICES INC. |
| 7 | MARK YABLONOVICH (SB# 186670) myablonovich@initiativelegal.com |
| 8 | MARK PRIMO (SB# 216796) mprimo@initiativelegal.com<br>JOSEPH CHO (SB# 198844) josephcho@initiativelegal.com |
| 9 | GREGORY YU (SB# 230520) gyu@initiativelegal.com<br>INITIATIVE LEGAL GROUP LLP |
| 10 | 1800 Century Park East, Suite 200<br>Los Angeles, CA  90067 |
| 11 | Telephone: (310) 556-5637<br>Facsimile: (310) 861-9051 |
| 12 | Attorneys for Plaintiff |
| 13 | DAVID WAISBEIN |

14    UNITED STATES DISTRICT COURT

15    NORTHERN DISTRICT OF CALIFORNIA

16    SAN FRANCISCO DIVISION

17

| | | |
|---|---|---|
| 18 | DAVID WAISBEIN, individually and on behalf of other members of the public similarly situated, | CASE NO. CV-07-02328 MMC |
| 19 | | **STIPULATION TO CONTINUE SCHEDULING CONFERENCE; ORDER THEREON** |
| 20 | Plaintiffs, | |
| 21 | vs. | |
| 22 | UBS FINANCIAL SERVICES INC.; and DOES 1 through 20, inclusive, | |
| 23 | | |
| 24 | Defendants. | |

25

26

27

28

| CASE NO. CV-07-02328 MMC | STIPULATION |
|---|---:|

1   The parties in *Waisbein v. UBS Financial Services Inc.*, CV-07-02328 MMC, by and through their counsel of record, stipulate as follows:

WHEREAS, the Court has scheduled a Case Management Conference for September 14, 2007;

WHEREAS, on September 7, 2007, the Court took oral argument on Defendant's Motion to Dismiss, or in the alternative to Strike Class or Representative Allegations from, Plaintiff's First Amended Complaint ("Motion to Dismiss/Strike");

WHEREAS, on September 7, 2007, at the hearing on Defendant's Motion to Dismiss/Strike, the Court ruled that the parties should submit supplemental briefs in connection with Defendant's Motion to Dismiss/Strike and tentatively continued the hearing date to December 7, 2007;

WHEREAS, the Court's ruling on Defendant's Motion to Dismiss/Strike will significantly impact the management of this matter, including scheduling;

WHEREAS, continuing the Case Management Conference until after the Court rules on Defendant's Motion to Dismiss/Strike is likely to conserve judicial and economic resources;

IT IS HEREBY STIPULATED by the parties, by and through their counsel of record that:

The Case Management Conference be continued to December 7, 2007, the tentative hearing date for Defendant's Motion to Dismiss/Strike, or as soon thereafter as is convenient for the Court.

DATED: September 13, 2007    ANDREA M. LINDEMANN
                             PAUL, HASTINGS, JANOFSKY & WALKER LLP

                             By: Andrea Lindemann   /s/
                             _____
                                    ANDREA M. LINDEMANN

                             Attorneys for Defendant
                             UBS FINANCIAL SERVICES INC.

CASE NO. CV-07-02328 MMC                 2                         STIPULATION

| | |
|---|---|
| DATED: September 13, 2007 | JOSEPH CHO<br>INITIATIVE LEGAL GROUP LLP |
| | By: Joseph Cho  /s/<br>     JOSEPH CHO |
| | Attorneys for Plaintiff<br>DAVID WAISBEIN |

For good cause shown, the Case Management Conference is continued from September 14, 2007 to January 11, 2008, at 10:30 a.m.  A Joint Case Management Statement shall be filed no later than January 4, 2008.

IT IS SO ORDERED.

Dated: September 13, 2007

_____
MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

CASE NO. CV-07-02328 MMC                    2                                    STIPULATION