| | |
|---|---|
| 1 | M. KIRBY C. WILCOX (SB# 78576) kirbywilcox@paulhastings.com |
| | MOLLY A. HARCOS (SB# 233556) mollyharcos@paulhastings.com |
| 2 | ANDREA LINDEMANN (SB# 244937) andrealindemann@paulhastings.com |
| | PAUL, HASTINGS, JANOFSKY & WALKER LLP |
| 3 | 55 Second Street, Twenty-Fourth Floor |
| | San Francisco, CA 94105-3441 |
| 4 | Telephone: (415) 856-7000 |
| | Facsimile: (415) 856-7100 |

Attorneys for Defendants
UBS FINANCIAL SERVICES INC.

MARK YABLONOVICH (SB# 186670) myablonovich@initiativelegal.com
JOSEPH CHO (SB# 198844) josephcho@initiativelegal.com
GREGORY YU (SB# 230520) gyu@initiativelegal.com
INITIATIVE LEGAL GROUP LLP
1800 Century Park East, 2nd Floor
Los Angeles, CA 90067
Telephone: (310) 556-5637
Facsimile: (310) 861-9051

Attorneys for Plaintiff
DAVID WAISBEIN

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID WAISBEIN, individually and on behalf of other members of the public similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>UBS FINANCIAL SERVICES INC.; and DOES 1 through 20, inclusive,<br><br>　　　　　Defendants. | CASE NO. CV-07-02328 MMC<br><br>**STIPULATION TO EXTEND TIME FOR CASE MANAGEMENT CONFERENCE ON JANUARY 11, 2008**; ORDER CONTINUING CASE MANAGEMENT CONFERENCE TO FEBRUARY 1, 2008 |

The parties in *Waisbein v. UBS Financial Services Inc.*, CV-07-02328 MMC, by and through their counsel of record, stipulate as follows:

WHEREAS, on July 17, 2007, the Court issued the "Stipulation to Continue Scheduling Conference, ADR Certification, and Stipulation and Order Selecting ADR Process" extending the date for the Case Management Conference from August 10, 2007 to September 14, 2007;

WHEREAS, on September 7, 2007, the Court had ordered the parties to file supplemental briefs in connection with Defendant's Motion to Dismiss/Strike and tentatively continued the hearing date and the Court's ruling on Defendant's Motion to Dismiss/Strike would have significantly impacted the management of the matter, including the scheduling;

WHEREAS, on September 13, 2007, the Court issued an Order on the "Stipulation to Continue Scheduling Conference," extending the date for the Case Management Conference from September 14, 2007 to January 11, 2008;

WHEREAS, on December 5, 2007, the Court granted Defendant's Motion to Dismiss and dismissed the Second through Seventh Causes of Action to the extent they were alleged on behalf of any *Bowman* class member and were based on the time period from June 30, 2000 to November 22, 2006;

WHEREAS, on January 4, 2008, the parties met and conferred and filed a Joint Case Management Statement pursuant to the Court's September 13, 2007 Order;

WHEREAS, lead counsel for the defendant has a scheduling conflict on January 11, 2008, preventing counsel from attending the Case Management Conference with class counsel on that date;

WHEREAS, the parties agree to extend the time for the Case Management Conference from January 11, 2008 at 10:30 a.m. until one of the following dates: January 18, 2008; February 1, 2008, February 22, 2008; or as soon thereafter as is convenient for the court;

///

///

///

WHEREAS, the parties stipulate to the above-mentioned extension of time and new scheduling dates.

DATED: January 7, 2008
ANDREA LINDEMANN
PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: _____/s/_____
ANDREA M. LINDEMANN

Attorneys for Defendant
UBS FINANCIAL SERVICES INC.

DATED: January 7, 2008
GREGORY YU
INITIATIVE LEGAL GROUP LLP

By:/s/ Gregory Yu_____
GREGORY YU

Attorneys for Plaintiff
DAVID WAISBEIN

For good cause shown, the time for the Case Management Conference is extended from January 11, 2008 at 10:30 a.m. to February 1 , 2008.

No further Joint Case Management Statement is necessary.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: January 8, 2008

_____
MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

LEGAL_US_E # 77857352.1