IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WAISBEIN, | No. C-07-2328 MMC |
|     Plaintiff, | **ORDER OF REFERENCE** |
| v. | |
| UBS FINANCIAL SERVICES, INC., | |
|     Defendant | |

    It is HEREBY ORDERED that defendant's Motion to Stay Discovery and defendant's Motion for Judgment on the Pleadings or, in the Alternative, for Summary Judgment are referred to the Honorable Wm. Fremming Nielsen, Senior Judge, United States District Court for the Eastern District of Washington, sitting by designation in the Northern District of California, to be heard and considered at the convenience of his calendar.

    The parties will be advised of the date, time and place of the hearing on said motions by notice from Judge Nielsen's chambers.

    The February 15, 2008 hearing on defendants' Motion to Stay Discovery and the February 22, 2008 hearing on defendants' Motion for Judgment on the Pleadings are vacated.

//

The parties are directed to mail a chambers copy of any further filing in connection with the above-referenced motions to:

>Honorable Wm. Fremming Nielsen
>United States District Judge
>Eastern District of Washington
>Post Office Box 2208
>Spokane WA  99210-2208

**IT IS SO ORDERED.**

Dated:  February 1, 2008

MAXINE M. CHESNEY
United States District Judge