IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID WAISBEIN,

    Plaintiff,

v.

UBS FINANCIAL SERVICES, INC.,

    Defendant

No. C-07-2328 MMC

**ORDER WITHDRAWING REFERENCE; SETTING HEARING**

    By order filed February 1, 2008, defendant's Motion to Stay Discovery and defendant's Motion for Judgment on the Pleadings or, in the Alternative, for Summary Judgment were referred to the Honorable Wm. Fremming Nielsen, Senior Judge, United States District Court for the Eastern District of Washington, sitting by designation in the Northern District of California, to be heard and considered at the convenience of his calendar. In light of a recent change in the Court's trial schedule, the reference is hereby WITHDRAWN.

    The motions are hereby set for hearing before the undersigned on March 7, 2008, at 9:00 a.m.

    **IT IS SO ORDERED.**

Dated: February 7, 2008

                      MAXINE M. CHESNEY
                      United States District Judge