M. KIRBY C. WILCOX (SB# 78576) kirbywilcox@paulhastings.com
MOLLY A. HARCOS (SB# 233556) mollyharcos@paulhastings.com
ANDREA LINDEMANN (SB# 244937) andrealindemann@paulhastings.com
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street, Twenty-Fourth Floor
San Francisco, CA 94105-3441
Telephone: (415) 856-7000
Facsimile: (415) 856-7100

Attorneys for Defendants
UBS FINANCIAL SERVICES INC.

MARK YABLONOVICH (SB# 186670) myablonovich@initiativelegal.com
JOSEPH CHO (SB# 198844) josephcho@initiativelegal.com
GREGORY YU (SB# 230520) gyu@initiativelegal.com
INITIATIVE LEGAL GROUP LLP
1800 Century Park East, 2nd Floor
Los Angeles, CA 90067
Telephone: (310) 556-5637
Facsimile: (310) 861-9051

Attorneys for Plaintiff
DAVID WAISBEIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID WAISBEIN, individually and on behalf of other members of the public similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>UBS FINANCIAL SERVICES INC.; and DOES 1 through 20, inclusive,<br><br>Defendants. | CASE NO. CV-07-02328 MMC<br><br>**STIPULATION TO EXTEND DATE FOR HEARING ON DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS, OR IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT AND DEFENDANT'S MOTION TO STAY DISCOVERY FROM MARCH 7, 2008** ; ORDER THEREON |

1         The parties in *Waisbein v. UBS Financial Services Inc.*, CV-07-02328 MMC, by and through their counsel of record, stipulate as follows:

        WHEREAS, on February 7, 2008, the Court withdrew its order referring the defendant's Motion for Judgment on the Pleadings, or in the Alternative, for Summary Judgment and the defendant's Motion to Stay Discovery to the Honorable Wm. Fremming Nielsen and set the hearing for these two motions for March 7, 2008, at 9:00 a.m. in front of the Honorable Judge Chesney;

        WHEREAS, lead counsel for the defendant has a scheduling conflict on March 7, 2008, preventing counsel from attending the hearing on that date;

        WHEREAS, the parties agree to extend the time for the hearing from March 7, 2008 at 9:00 a.m. until one of the following dates: March 14, 2008 at 9:00 a.m. or March 21, 2008 at 9:00 a.m.; or as soon thereafter as is convenient for the Court;

        WHEREAS, the parties stipulate to the above-mentioned new scheduling date.

DATED: February 15, 2008     ANDREA LINDEMANN
                                        PAUL, HASTINGS, JANOFSKY & WALKER LLP

                                        By:           /s/ Andrea Lindemann
                                                  ANDREA M. LINDEMANN

                                        Attorneys for Defendant
                                        UBS FINANCIAL SERVICES INC.

DATED: February 15, 2008     JOSEPH CHO
                                        INITIATIVE LEGAL GROUP LLP

                                        By:           /s/ Joseph Cho
                                                    JOSEPH CHO

                                        Attorneys for Plaintiff
                                        DAVID WAISBEIN

1  For good cause shown, the date for the hearing on defendant's Motion for
2  Judgment on the Pleadings, or in the Alternative, for Summary Judgment and defendant's Motion
3  to Stay Discovery is extended from March 7, 2008 at 9:00 a.m. to  March 21        , 2008.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: February 19, 2008

_____
MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

LEGAL_US_E # 78319481.1