MARK YABLONOVICH (Cal. State Bar No. 186670)
MARC PRIMO (Cal. State Bar No. 216796)
JOSEPH CHO (Cal. State Bar No. 198844)
GREGORY YU (Cal. State Bar No. 230520)
INITIATIVE LEGAL GROUP LLP
1800 Century Park East, 2nd Floor
Los Angeles, California 90067
Telephone: (310) 556-5637
Facsimile: (310) 861-9051
myablonovich@initiativelegal.com
mprimo@initiativelegal.com
josephcho@initiativelegal.com
gyu@initiativelegal.com

Attorneys for Plaintiff
DAVID WAISBEIN

M. KIRBY C. WILCOX (Cal. State Bar No. 078576)
JEFFREY D. WOHL (Cal. State Bar No. 096838)
ANDREA M. LINDEMANN (Cal. State Bar No. 244937)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street, 24th Floor
San Francisco, California 94105-3441
Telephone: (415) 856-7000
Facsimile: (415) 856-7100
kirbywilcox@paulhastings.com
jeffwohl@paulhastings.com
andrealindemann@paulhastings.com

Attorneys for Defendant
UBS FINANCIAL SERVICES INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID WAISBEIN, individually, and on behalf of other members of the general public similarly situated,<br><br>          Plaintiff,<br><br>    vs.<br><br>UBS FINANCIAL SERVICES INC.; and Does 1 through 20, inclusive,<br><br>          Defendant. | No. C-07-02328 MMC<br><br>**STIPULATION AND [PROPOSED] ORDER GRANTING LEAVE TO FILE PLAINTIFF'S FOURTH AMENDED COMPLAINT** |

**STIPULATION**

Plaintiff DAVID WAISBEIN and Defendant UBS FINANCIAL SERVICES INC. ("UBS") (collectively, the "Parties"), acting through their respective counsel of record, hereby stipulate as follows:

1. Defendant's response to Plaintiff's Third Amended Complaint is due May 12, 2008. In light of this deadline, Defendant will file a motion to dismiss on May 12, 2008. Upon the Court's Order on this stipulation, Defendant will withdraw its motion to dismiss.

2. In consideration of UBS's withdrawing its motion to strike plaintiff's Third Amended Complaint, plaintiff will file a Fourth Amended Complaint which:

   a. defines plaintiff's proposed "California Class" to exclude all claims released under the *Bowman v. UBS Financial Services Inc.* settlement;

   b. defines plaintiff's proposed "California Class" to exclude all claims that arose before April 11, 2004;

   c. defines plaintiff's proposed "Nationwide Collective Class" to exclude all Fair Labor Standards Act ("FLSA") claims released under the *Glass v. UBS Financial Services Inc.* settlement; and

   d. defines plaintiff's proposed "Nationwide Collective Class" to exclude all claims by a party plaintiff that arose more than three years before that party plaintiff files a consent to join this action, should it be certified as an FLSA collective action.

3. Plaintiff will file his Fourth Amended Complaint within seven (7) days after the Court enters its order approving this Stipulation.

4. UBS will have fourteen (14) days from the date that plaintiff files his Fourth Amended Complaint in which to respond to Plaintiff's Fourth Amended Complaint. So long as plaintiff files a Fourth Amended Complaint in conformity with paragraph 1 of this stipulation, UBS will file an answer to plaintiff's Fourth Amended Complaint and will not file a pre-answer motion in response to the Fourth Amended Complaint.

5. By entering into this stipulation, the parties agree that UBS expressly reserves and is not waiving any objection or defense to the Fourth Amended Complaint, including, but not limited to, any

denial to any allegation in the Fourth Amended Complaint, any defense to any allegation in the Fourth Amended Complaint, or any objection to certification of an FLSA collective action and/or a state-law class action.

      6.      The parties respectfully request that this Court enter an order consistent with this stipulation.

Dated: May 12, 2008

MARK YABLONOVICH
MARC PRIMO
JOSEPH CHO
GREGORY YU
INITIATIVE LEGAL GROUP LLP


By: ____/s/ Gregory Yu_____
                Gregory Yu
           Attorneys for Plaintiff
            DAVID WAISBEIN

Dated: May 1⎯, 2008

M. KIRBY C. WILCOX
JEFFREY D. WOHL
ANDREA M. LINDEMANN
PAUL, HASTINGS, JANOFSKY & WALKER LLP


By: _____[signature]_____
              Jeffrey D. Wohl
           Attorneys for Defendant
           UBS FINANCIAL SERVICES INC.

**ORDER**

On the parties' stipulation, and good cause appearing therefor,

IT IS SO ORDERED.

Dated: May 14, 2008.

_____
Maxine M. Chesney
United States District Judge