IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WAISBEIN,<br><br>    Plaintiff<br><br>v.<br><br>UBS FINANCIAL SERVICES INC.,<br><br>    Defendant | No. C 07-2328 MMC<br><br>**ORDER REFERRING TO MAGISTRATE JUDGE PLAINTIFF'S MOTION TO COMPEL** |

    Pursuant to Civil Local Rule 72-1, plaintiff's "Motion to Compel Defendant to Respond to Plaintiff's Special Interrogatories, Set One," filed August 5, 2008, and all further discovery motions, are hereby REFERRED to a Magistrate Judge to be heard and considered at the convenience of the assigned Magistrate Judge's calendar.

    Counsel will be advised of the date, time and place of the next appearance by notice from the assigned Magistrate Judge's chambers.

    The September 12, 2008 hearing noticed before the undersigned is VACATED.

    **IT IS SO ORDERED**.

Dated: August 18, 2008

                                                         MAXINE M. CHESNEY
                                                         United States District Judge