1  M. KIRBY C. WILCOX (SB# 78576) kirbywilcox@paulhastings.com
   MAUREEN K. BOGUE (SB# 194755) maureenbogue@paulhastings.com
2  ANDREA LINDEMANN (SB# 244937) andrealindemann@paulhastings.com
   PAUL, HASTINGS, JANOFSKY & WALKER LLP
3  55 Second Street, Twenty-Fourth Floor
   San Francisco, CA 94105-3441
4  Telephone:  (415) 856-7000
   Facsimile:  (415) 856-7100
5
   Attorneys for Defendants
6  UBS FINANCIAL SERVICES INC.

7  MARK YABLONOVICH (SB# 186670) myablonovich@initiativelegal.com
   JOSEPH CHO (SB# 198844) josephcho@initiativelegal.com
8  GREGORY YU (SB# 230520) gyu@initiativelegal.com
   INITIATIVE LEGAL GROUP LLP
9  1800 Century Park East, 2nd Floor
   Los Angeles, CA  90067
10 Telephone:  (310) 556-5637
   Facsimile:  (310) 861-9051
11
   Attorneys for Plaintiff
12 DAVID WAISBEIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID WAISBEIN, individually and on behalf of other members of the public similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>UBS FINANCIAL SERVICES INC.; and DOES 1 through 20, inclusive,<br><br>Defendants. | CASE NO. CV-07-02328 MMC (EDL)<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE DATE FOR HEARING ON PLAINTIFF'S MOTION TO COMPEL DEFENDANT TO RESPOND TO PLAINTIFF'S SPECIAL INTERROGATORIES, SET ONE**<br> AS MODIFIED |

1   The parties in *Waisbein v. UBS Financial Services Inc.*, CV-07-02328 MMC, by
2   and through their counsel of record, stipulate as follows:
3   WHEREAS, on August 5, 2008, Plaintiff filed a Motion to Compel Defendant to
4   Respond to Plaintiff's Special Interrogatories ("Motion");
5   WHEREAS, on August 18, 2008, the Court referred Plaintiff's Motion to a
6   Magistrate Judge and vacated the hearing date for the Motion;
7   WHEREAS, on August 19, 2008, the Court referred the Motion to Magistrate
8   Judge Laporte;
9   WHEREAS, on August 21, 2008, Magistrate Judge Laporte issued an Order Re
10  Discovery Procedures and Setting Motion Hearing, setting a hearing date of September 30, 2008,
11  at 2:00 p.m., with the opposition brief due on September 9, 2008 and reply brief due on
12  September 16, 2008;
13  WHEREAS, the parties are attending a mediation session on September 9, 2008
14  and request that the Motion hearing date and associated deadlines be continued by one week;
15  WHEREAS, the parties request that the Court continue the hearing from
16  September 30, 2008 at 2:00 p.m. to October 7, 2008, at 2:00 p.m. or as soon thereafter as is
17  convenient for the Court, and that the opposition brief be due on September 16, 2008 and the
18  reply brief be due on September 23, 2008.

19  DATED:  August 25, 2008          ANDREA LINDEMANN
                                     PAUL, HASTINGS, JANOFSKY & WALKER LLP
20
                                     By:_____/s/_____
21                                            ANDREA M. LINDEMANN

22                                   Attorneys for Defendant
                                     UBS FINANCIAL SERVICES INC.
23
24  DATED:  August 25, 2008          JOSEPH CHO
                                     INITIATIVE LEGAL GROUP LLP
25
                                     By:_____/s/_____
26                                            JOSEPH CHO

27                                   Attorneys for Plaintiff
                                     DAVID WAISBEIN
28

CASE NO. CV-07-02328 MMC            2            STIPULATION AND ORDER TO
                                                 CONTINUE DATE FOR HEARING ON
                                                 PLAINTIFF'S MOTION TO COMPEL

1  For good cause shown, the date for the hearing on Plaintiff's Motion to Compel Defendant to
2  Respond to Plaintiff's Special Interrogatories is continued from September 30, 2008 at 2:00 p.m.
3  to  October 10  , 2008. The opposition shall be due on  9/16/2008  and the reply
   at 10:00 AM
4  shall be due on  9/23/2008  .

6  IT IS SO ORDERED.

8  DATED:  August 27, 2008

   IT IS SO ORDERED
   AS MODIFIED
   *Elizabeth D. Laporte*
   Judge Elizabeth D. Laporte

11 LEGAL_US_E # 80679385.1

CASE NO. CV-07-02328 MMC        3        STIPULATION AND ORDER TO
                                          CONTINUE DATE FOR HEARING ON
                                          PLAINTIFF'S MOTION TO COMPEL