IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WAISBEIN, | No. C-07-2328 MMC |
|     Plaintiff, | **ORDER RE: STIPULATION TO FILE DOCUMENTS UNDER SEAL; DIRECTIONS TO CLERK; DIRECTIONS TO PARTIES** |
|     v. | |
| UBS FINANCIAL SERVICES INC., | |
|     Defendant | |

    Before the Court is a stipulation, filed October 17, 2008, between plaintiff David Waisbein and defendant UBS Financial Services Inc., in which the parties request that three documents, each submitted in connection with the parties' earlier-filed Stipulation and [Proposed] Order Re: Voluntary Dismissal With Prejudice and Court Supervision of Settlement, be filed under seal.

    Having read and considered the parties' stipulation, the Court finds each of the subject three documents contains material properly filed under seal. Accordingly, the Clerk is hereby DIRECTED to file under seal unredacted versions of the following three documents:

    1. Settlement Agreement and Release;

    2. Joint Supplemental Memorandum in Support of Stipulated Request for Approval

of Settlement; and

    3. Declaration of Joseph Cho in Support of the Parties' Joint Supplemental Memorandum in Support of Stipulated Request for Approval of Settlement.

    The parties have failed, however, to show that the entirety of any such document is properly filed under seal. Accordingly, the parties are hereby DIRECTED to file in the public record, no later than November 7, 2008, redacted versions of the three documents identified above. Specifically, the parties may redact therefrom references to any consideration provided.

    **IT IS SO ORDERED.**

Dated: October 31, 2008

MAXINE M. CHESNEY  
United States District Judge