IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WAISBEIN, | No. C-07-2328 MMC |
| Plaintiff, | **ORDER DIRECTING PARTIES TO SUPPLEMENT STIPULATED REQUEST FOR APPROVAL OF SETTLEMENT** |
| v. | |
| UBS FINANCIAL SERVICES INC., | |
| Defendant / | |

  Before the Court is the parties' "Stipulation and [Proposed] Order Re: Voluntary Dismissal and Court Supervision of Settlement," filed September 26, 2008, by which plaintiff David Waisbein and defendant UBS Financial Services Inc. jointly request the Court approve their settlement. Thereafter, on October 17, 2008, the parties filed, with leave of court, a joint memorandum and supporting declarations in support of the stipulation. Having read and considered the parties' joint submissions, the Court finds the parties' showing to be insufficient in one respect, and will afford the parties the opportunity to further supplement their joint request for approval of the settlement.

  Specifically, the parties have failed to make a sufficient showing that the proposed amount of attorney's fees to be paid is fair and reasonable under the circumstances presented. Because the settlement does not create a common fund, the Court cannot

apply the "benchmark" approach, see, e.g., Torrisi v. Tucson Electric Power Co., 8 F. 3d 1370, 1376 (9th Cir. 1993) ("In common fund cases [courts] have established 25% of the common fund as the 'benchmark' award for attorney's fees"), and the parties have not submitted any information that would enable the Court to determine if the amount of attorney's fees is fair and reasonable under the lodestar approach, see id. (identifying "lodestar calculation" as alternative method of determining whether settlement of claim for attorney's fees is fair and reasonable).

Accordingly, the parties are hereby DIRECTED to file, no later than December 12, 2008, a joint supplemental brief, not to exceed five pages in length exclusive of declarations and/or exhibits, to address the issue of whether the amount of attorney's fees proposed is fair and reasonable; alternatively, plaintiff may file a unilateral supplemental brief.

**IT IS SO ORDERED.**

Dated: November 18, 2008

_____
MAXINE M. CHESNEY
United States District Judge