M. KIRBY C. WILCOX (SB# 078576) kirbywilcox@paulhastings.com
MAUREEN K. BOGUE (SB# 194755) maureenbogue@paulhastings.com
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street
Twenty-Fourth Floor
San Francisco, CA 94105-3441
Telephone: (415) 856-7000
Facsimile: (415) 856-7100

Attorneys for Defendant
UBS FINANCIAL SERVICES INC.

MARC PRIMO (SB# 216796) mprimo@initiativelegal.com
JOSEPH CHO (SB# 198844) josephcho@initiativelegal.com
INITIATIVE LEGAL GROUP LLP
1800 Century Park East, Suite 200
Los Angeles, CA 90067
Telephone: (310) 556-5637
Facsimile: (310) 861-9051

Attorneys for Plaintiff
DAVID WAISBEIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WAISBEIN, individually and on behalf of other members of the public similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>UBS FINANCIAL SERVICES INC.; and DOES 1 through 20, inclusive,<br><br>Defendant. | CASE NO. C-07-02328-MMC<br><br>**STIPULATION AND [PROPOSED] ORDER RE: VOLUNTARY DISMISSAL WITH PREJUDICE AND COURT SUPERVISION OF SETTLEMENT** |

1          Plaintiff David Waisbein ("Plaintiff") and Defendant UBS Financial Services Inc.
2  ("Defendant"), by and through their respective undersigned counsel of record, HEREBY
3  STIPULATE AND AGREE as follows:
4
5          WHEREAS, on January 16, 2007, Plaintiff filed this lawsuit individually and on
6  behalf of all others similarly situated, and on behalf of the general public;
7
8          WHEREAS, on May 21, 2008, Plaintiff filed a Fourth Amended Complaint on
9  behalf of himself and two proposed classes of current and former employees;
10
11         WHEREAS, Plaintiff has not filed a Motion for Class Certification under Federal
12 Rule of Civil Procedure 23 or a Motion for Conditional Class Certification under 29 U.S.C.
13 section 216(b) and the Court has not certified a class;
14
15         WHEREAS, neither the Court nor any party or counsel has issued any notice to the
16 proposed classes;
17
18         WHEREAS, Plaintiff and Defendant, after fair, informed and impartial
19 negotiations before an experienced mediator, David A. Rotman, have reached a settlement that
20 contains of a release of Plaintiff's individual claims in this action;
21
22         WHEREAS, the Fair Labor Standards Act provides that the release is not binding
23 without judicial supervision of the settlement and California Law provides that the release of
24 claims under Labor Code section 2802 also is not binding without judicial supervision;
25
26         WHEREAS, the parties, by this Stipulation and Order, offer to confer with this
27 Court by telephone or in person and to provide answers to the Court's questions regarding the
28 negotiation and content of the settlement;

Case No. 07-02328 MMC         STIPULATION AND [PROPOSED] ORDER RE: VOLUNTARY DISMISSAL WITH PREJUDICE AND COURT SUPERVISION OF SETTLEMENT

WHEREAS, among other things, the parties wish the Court to know that: (a) there is a bona fide dispute between the parties with respect to each of the claims in this action, including, without limitation, whether Plaintiff performed the duties of an exempt or non-exempt employee and whether Plaintiff was entitled to reimbursement of certain business expenses; (b) the parties were represented by able counsel; (c) Plaintiff entered into the settlement voluntarily; (d) the settlement does not purport to prejudice or affect the rights of any members of the proposed classes; (e) they seek to dismiss this action without notice to any members of the proposed classes; (f) the terms of the settlement are embodied in a detailed Settlement Agreement that the parties have executed; and (g) the Settlement Agreement contains a confidentiality provision which prevents the parties from filing it as public record, and although entry of this Settlement Agreement into the public record voids the Settlement Agreement, the parties offer to disclose the consideration for the Release in a confidential setting of the Court's choosing as set forth above;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED that the Court approves the settlement and dismisses the individual claims of Plaintiff with prejudice and the claims of the proposed classes without prejudice.

DATED: September 9, 2008         INITIATIVE LEGAL GROUP LLP

BY: _____
         JOSEPH CHO

Attorneys for Plaintiff

DATED: September 9, 2008         PAUL, HASTINGS, JANOFSKY & WALKER LLP

BY: _____
         M. KIRBY C. WILCOX

Attorneys for Defendant

## [PROPOSED] ORDER

On the stipulation of the parties and ~~on the basis of the facts gathered during the~~ the parties' supplemental filings in support thereof, ~~appearance of the parties before this Court~~, and good cause appearing therefor,

IT IS ORDERED that: (1) the settlement of the claims of the Plaintiff in this action shall be deemed judicially supervised and approved and dismissed in their entirety with prejudice; and (2) the claims of members of the proposed classes shall be dismissed without prejudice; and (3) this action shall be dismissed in its entirety, each side to bear its own costs and attorneys' fees, except as provided in the confidential Settlement Agreement.

DATED: December 19, 2008

_____
MAXINE M. CHESNEY
UNITED STATES DISTRICT COURT

LEGAL_US_E # 80850102.3

Case No. 07-02328 MMC

STIPULATION AND [PROPOSED] ORDER RE: VOLUNTARY DISMISSAL WITH PREJUDICE AND COURT SUPERVISION OF SETTLEMENT